**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Plumbers' Welfare Fund, Local 130 U.A.

Plaintiff,

v.

Case No.: 1:26–cv–01718
Honorable Martha M. Pacold

Express Scripts, Inc., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 22, 2026:

MINUTE entry before the Honorable Beth W. Jantz: The Court has reviewed the briefing on Defendants' Motion to Stay Discovery [47]. In light of the pending Motion to Reassign Related Case [51], discovery is hereby STAYED pending a decision on that motion. As discovery is now stayed, the Motion to Stay Discovery [47] is DENIED as moot without prejudice to renewal, if appropriate, after resolution of the Motion to Reassign Related Case. A joint status report is due by 10/6/26 or 14 days after ruling on the motion to reassign, whichever comes earlier. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.