**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PLUMBERS' WELFARE FUND, LOCAL 130 U.A.,<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., EVERNORTH HEALTH SERVICES, and THE CIGNA GROUP,<br><br>Defendants. | No. 26 C 1718<br><br>Hon. Martha M. Pacold<br><br>Hon. Beth W. Jantz |

**JOINT STATUS REPORT ON DISCOVERY STATUS**

Pursuant to ECF 77, the Parties respectfully submit this Joint Status Report regarding recent developments relevant to the status of discovery in this case:

1. On April 28, 2026, Defendants filed a motion to dismiss (ECF 42). Plaintiff filed its opposition on June 16, 2026 (ECF 62), and Defendants filed their reply on that motion on July 9, 2026 (ECF 65). A hearing on this fully briefed motion is calendared for November 4, 2026 (ECF 46).

2. On May 14, 2026, Defendants filed a motion to stay discovery in its entirety pending their motion to dismiss (ECF 47). On May 28, 2026, Plaintiff filed its opposition and proposed a targeted initial discovery plan, which was discussed by the parties prior to the filing of Defendants' stay motion (ECF 50). On June 4, 2026, Defendants filed their reply (ECF 58).

3. On May 29, 2026, Defendants in *Roofers' Unions Welfare Trust Fund v. CaremarkPCS Health, LLC*, 26 C 5729 (N.D. Ill.) ("*Roofers*") filed a motion to reassign that case as a related case (ECF 51).

4. On June 22, 2026, this Court denied Defendants' motion for a stay of discovery as moot without prejudice and simultaneously stayed discovery in this case pending resolution of the motion to reassign filed by the *Roofers* Defendants (ECF 63).

5. On July 23, 2026, Judge Pacold granted the *Roofers* Defendants' motion to reassign that case as related to this case (ECF 75).

6. On July 28, 2026, the Court issued an order instructing that the Parties submit this joint status report, which must include their respective positions on whether discovery should be stayed (ECF 77).

7. On July 30, 2026, the parties in this case and in the *Roofers* case submitted a joint status report to, *inter alia*, (i) state the parties' wish for the two dockets to remain separate and (ii) propose a briefing schedule for the motion to dismiss in the *Roofers* case (ECF 78).

8. Defendants maintain that discovery should be stayed pending resolution of the motion to dismiss, for substantially the reasons set out in Defendants' previously filed motion to stay (ECF 47) and reply in support of that motion (ECF 58).

9. Plaintiff respectfully submits that targeted initial discovery should move forward as proposed in its opposition to Defendants' discovery stay motion (ECF 50).

10. In light of the resolution of the motion to reassign, Defendants therefore intend to file a cover motion re-incorporating the previously filed motion to stay, as well as the opposition and reply thereto, so that the Court may rule on that motion in this case.

11. Plaintiff agrees that Defendants' motion to stay is suitable for resolution based on the prior briefing and does not oppose the Court deciding this issue based on a cover motion that re-incorporates the previously filed motion, opposition, and reply.

12. The parties do not have any other matters to bring to the Court's attention.

Dated: August 6, 2026

Respectfully submitted,

*/s/ Avi Josefson*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 373-3800
avi@blbglaw.com

-and-

Michael D. Blatchley
Li Yu
Peter Russell
Haley J. Tobin
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
michaelb@blbglaw.com
li.yu@blbglaw.com
peter.russell@blbglaw.com
haley.tobin@blbglaw.com

**BISHOP PARTNOY LLP**
Robert E. Bishop
Frank Partnoy
1717 K Street, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 787-5769
bobby@bishoppartnoy.com
frank@bishoppartnoy.com
*Counsel for Plumbers' Welfare Fund, Local 130 U.A. and the Class*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Joseph H. Meltzer
Terence S. Ziegler
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
jmeltzer@ktmc.com
tziegler@ktmc.com

**CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.**
James E. Cecchi
Donald A. Ecklund
Zachary A. Jacobs
222 S. Riverside Plaza
Chicago, IL 60606
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
decklund@carellabyrne.com
zjacobs@carellabyrne.com

*/s/ Meghan A. McCaffrey*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Tyler C. Murray
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7418
tylermurray@quinnemanuel.com

**QUINN EMANUEL URQUHART**

**& SULLIVAN, LLP**
Michael Lyle
Eric C. Lyttle (pro hac vice)
Meghan A. McCaffrey (pro hac vice)
Alec A. Levy (pro hac vice)
Samuel Johnson (pro hac vice)
Maia Livengood (pro hac vice)
555 13th St., Suite 600
Washington, DC 20004
(202) 538-8000
mikelyle@quinnemanuel.com
ericlyttle@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com
aleclevy@quinnemanuel.com
samueljohnson@quinnemanuel.com
maialivengood@quinnemanuel.com
*Counsel for Defendants*