**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PLUMBERS' WELFARE FUND, LOCAL 130 U.A.,<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., EVERNORTH HEALTH SERVICES, and THE CIGNA GROUP,<br><br>Defendants. | Case No./Civil Action No. 1:26-cv-01718<br><br>Hon. Martha M. Pacold |

**JOINT STATUS REPORT**

Pursuant to ECF 79, the Parties in *Plumbers' Welfare Fund, Local 130 U.A. v. Express Scripts, Inc.*, 26 C 1718 (N.D. Ill.) ("*Plumbers*") and *Roofers' Unions Welfare Trust Fund v. CaremarkPCS Health, LLC*, 26 C 5729 (N.D. Ill.) ("*Roofers*") hereby jointly submit this Joint Status Report regarding the format and time for oral argument:

1. The Parties jointly request two hours to present oral arguments at the November 4, 2026 hearing concerning Defendants' motions to dismiss, with Defendants to argue first for one hour, followed by one hour for the Plaintiff. Defendants respectfully request that any of their time not used, up to 20 minutes, be reserved for rebuttal.

2. Defendants propose to split the hour between themselves, and will coordinate regarding the allocation of individual issues for oral argument and to minimize overlap.

3. **Plaintiffs' Further Statement.** Although Defendants have declined to share with Plaintiffs how they intend to divide their time among the different issues raised in their motions or by Defendant, Plaintiffs intend to respond to Defendants' arguments as appropriate in light of how

Defendants present them at the oral argument on November 4, 2026.

4. **Defendants' Further Statement.** Defendants are happy to provide any further information requested by the Court and to meet and confer with Plaintiffs about a further report if the Court would find it useful.

Dated: September 1, 2026

Respectfully submitted,

*/s/ Avi Josefson*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 373-3800
avi@blbglaw.com

-and-

Michael D. Blatchley
Li Yu
Peter Russell
Haley J. Tobin
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
michaelb@blbglaw.com
li.yu@blbglaw.com
peter.russell@blbglaw.com
haley.tobin@blbglaw.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Joseph H. Meltzer
Terence S. Ziegler
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
jmeltzer@ktmc.com
tziegler@ktmc.com

**CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.**
James E. Cecchi
Donald A. Ecklund
Zachary A. Jacobs
222 S. Riverside Plaza
Chicago, IL 60606
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
decklund@carellabyrne.com
zjacobs@carellabyrne.com

**BISHOP PARTNOY LLP**
Robert E. Bishop
Frank Partnoy
1717 K Street, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 787-5769
bobby@bishoppartnoy.com
frank@bishoppartnoy.com

*Counsel for Plumbers' Welfare Fund, Local 130 U.A. and the Class*

*/s/ Meghan A. McCaffrey*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Tyler C. Murray
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7418
tylermurray@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Michael Lyle
Eric C. Lyttle (pro hac vice)
Meghan A. McCaffrey (pro hac vice)
Alec A. Levy (pro hac vice)
Samuel Johnson (pro hac vice)
Maia Livengood (pro hac vice)
555 13th St., Suite 600
Washington, DC 20004
(202) 538-8000
mikelyle@quinnemanuel.com
ericlyttle@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com
aleclevy@quinnemanuel.com
samueljohnson@quinnemanuel.com
maialivengood@quinnemanuel.com

*Counsel for Express Scripts, Inc., Evernorth Health Services, and The Cigna Group*